ANDREW S HANSEN (9819; *andrew@white-knuckle.org*)
DAVID A JONES (10134; *dave@white-knuckle.org*)
**WHITE KNUCKLE IP, LLC**
282 Maxine Circle, Bountiful, Utah 84010
Telephone:  (801) 671-3621

Company Counsel for Plaintiff WHITE KNUCKLE IP, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| White Knuckle IP, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Electronic Arts, Inc., a Delaware corporation<br><br>Defendant. | Civil Action No. 1:15-cv-00014-CW-EJF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Honorable Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

Pursuant to Rule 41(a)(1)(A)(i), plaintiff White Knuckle IP, LLC respectfully submits this Notice of Voluntary Dismissal, thereby dismissing without prejudice its claims against defendant Electronic Arts, Inc.

Plaintiff is filing this voluntary dismissal at Defendant's request due to alleged incurable defects with regard to standing.  Plaintiff believes it has resolved its standing issue and is concurrently re-filing with this Court its claim for patent infringement against Defendant Electronic Arts, Inc.

DATED this 24th day of February, 2015.

                                                   WHITE KNUCKLE IP, LLC

                                                 By  */s/ Andrew S. Hansen*
                                                       ANDREW S. HANSEN

                                                 Company Counsel White Knuckle IP